AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
| --- | --- | --- |
| | McALLEN DIVISION | |

UNITED STATES OF AMERICA
V.

Jose Adolfo Lozano-Fragoso

United States Courts
Southern District of Texas
FILED

*February 14, 2022*

Nathan Ochsner, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:    M-22-3316-M

IAE          YOB:   1995
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____ **February 13, 2022** _____ in _____ **Starr** _____ County, in

the _____ **Southern** _____ District of _____ **Texas** _____
*(Track Statutory Language of Offense)*
the defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title _____ **8** _____ United States Code, Section(s) _____ **1326** _____ (Felony)
I further state that I am a(n)  **Border Patrol Agent**  and that this complaint is based on the following facts:

Jose Adolfo Lozano-Fragoso was encountered by Border Patrol Agents near Rio Grande City, Texas on February 13, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on February 13, 2022, near Rio Grande City, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on February 10, 2021, through Laredo, Texas. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On February 01, 2016, the defendant was convicted of Aggravated Robbery and sentenced to six (6) years confinement.

Continued on the attached sheet and made a part of this complaint:          ☐ Yes   ☒ No

Complaint authorized by AUSA Colton Turner
Submitted by reliable electronic means, sworn to and attested
telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

February 14, 2022    5:02 PM

Nadia S. Medrano                          , U.S. Magistrate Judge
**Name and Title of Judicial Officer**

/S/   Christian Salmon
**Signature of Complainant**

Christian Salmon                          Border Patrol Agent

**Signature of Judicial Officer**